April 15, 2016

*Via CM/ECF*

Pamela Wright, Courtroom Deputy Clerk
Honorable Judge Steve C. Jones
U.S. District Court, Northern District-Atlanta
1967 Richard B. Russell Federal Bldg. & Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3309

      Re:   *Government Employees Insurance Company v Ann Herrera, Administrator of the Estate of Robert Alan Myles and Hanna Mercer*
            U.D. District Court for the Northern District of Georgia
            Case No. 1:15-cv-01085-SCJ

Dear Ms. Wright:

      Please accept this as my request, pursuant to N.D. Rule 83.1E(3) for leave of absence for the following dates in 2016, during which I request, on behalf of defendant, Hanna Mercer, that the case not be placed on any hearing docket or calendar:

1. May 19, 2016 through May 20, 2016 (professional organization);
2. June 2, 2016 through June 10, 2016 (family vacation);
3. June 27, 2016 through July 1, 2016 (family vacation);
4. July 22, 2016 through August 8, 2016 (legal education and family vacation);
5. November 4, 2016 (legal education);
6. November 21, 2016 through November 23, 2016 (family vacation); and

Pamela Wright, Courtroom Deputy Clerk
Honorable Judge Steve C. Jones
April 15, 2016
Page 2

_____

       7.    December 19, 2016 through December 30, 2016 (family vacation).

By copy of this letter, I am informing all counsel of record of this request.

I appreciate the Court's consideration. Please contact me if you have any questions

                             Respectfully submitted,


                             Lloyd N. Bell


LNB:phl
cc:    James N. Hatten, Clerk of Court
       Mary M. Katz, Esq.
       Susan J. Levy, Esq.